IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW BARTHOLOMEW<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY ASSOCIATES, INC.<br><br>Defendant. | Case No. 11-4895 |

## ORDER

AND NOW, on this 18 day of October 2011 upon consideration of Plaintiff, Matthew Bartholomew's Motion for Leave to Amend Complaint, it is hereby ORDERED and DECREED that Plaintiff's motion is hereby GRANTED.

By the Court:

_____