**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MATTHEW BARTHOLOMEW<br>Plaintiff<br><br>vs.<br><br>PROFESSIONAL RECOVERY<br>SERVICES, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO.  11-CV-04895-EL |

## STIPULATION OF DISMISSAL

AND NOW, this 29th day of March 2012,  it is hereby Stipulated and Agreed by

and between counsel for plaintiff and counsel for defendant in the above captioned matter

that the above captioned matter be dismissed with prejudice.  Each party to bear its own

costs and attorney's fees.


Vullings Law Group, LLC


BY:   /s/ *Brent F. Vullings*
            Brent F. Vullings, Esquire
            Attorney for Plaintiff



Fineman, Krekstein & Harris


BY:  /s/ *Jennifer Tatum Root*
            Jennifer Tatum Root
            Attorney for Defendant